AO 455 (REV. 5/85) Waiver of Indictment

# *United States District Court*

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA     **WAIVER OF INDICTMENT**

v.     CASE NUMBER: **00-6122 CR-ZLOCH**

JOHN "JACK" KUDRON     MAGISTRATE JUDGE SELTZER

I, John "Jack" Kudron, the above named defendant, who is accused of conspiracy to commit bank fraud, to defraud the Department of Housing and Urban Development, to file false loan applications with financial institutions, and to commit mail fraud, wire fraud and money laundering, being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 6/13/00 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____ Defendant

_____ Counsel for Defendant

Before _____ - 6/13/00
        Judicial Officer