UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6122-CR-Zloch

UNITED STATES OF AMERICA,

    Plaintiff,

v.  John Kudron

    Defendant

ORDER ON INITIAL APPEARANCE

Language: English
Tape No. 00-048
AUSA: Jeff Kaplan
Agent: _____

6-13-00

The above-named defendant having surrendered on 6-13-00 _____, having appeared before the court for initial appearance on 6-13-00 and proceedings having been held in accordance with _____, it is thereupon

ORDERED as follows:

1. __Bob Amsel__ appeared as personal/permanent counsel of record
   Address: _____
   Zip Code: _____ Telephone: _____

2. _____ appeared _____
   Address: _____
   Zip Code: _____ Telephone: _____

3. The defendant shall attempt to retain counsel and shall appear before the court on _____

4. Arraignment/~~XXXXXXXXXXXXXXXXXXX~~ hearing is set for _____

5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. 3142(d) or (f) because _____

   A detention hearing pursuant to 18 U.S.C. 3142 (f)(1) or (f)(2)(__)

6. The defendant shall be released from custody upon posting of the following type of appearance bond, pursuant to 18 U.S.C. 3142:
       100,000 PSB recommended

This bond shall contain the standard conditions of bond printed in the form of this Court and, in addition, the defendant must comply with the special conditions checked below:

____ a. Surrender all passports and travel documents to the Pretrial Services Office of the Court
____ b. Report to Pretrial Services as follows _____ times a week by phone _____ times a week in person, other _____
____ c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law
____ d. Maintain or actively seek full-time gainful employment
____ e. Maintain or begin an educational program
____ f. Avoid all contact with victims of or witnesses to the crimes charged
____ g. Refrain from possessing a firearm, destructive device or other dangerous weapon
____ h. Comply with the following curfew: _____

- 1 -

_____ i. Comply with the following additional special conditions of this bond: _____

_____

_____

This bond was set:   At Arrest      _____

                          On Warrant    _____

                          After Hearing  _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____

_____

_____

If this space is checked, an evidentiary hearing pursuant to *United States v. Nebbia*, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

DONE AND ORDERED at Ft. Lauderdale this 13 day of June _____ ,20 00 .

_____

UNITED STATES MAGISTRATE JUDGE

DISTRIBUTION:
  WHITE to Court file
  BLUE to defendant
  GREEN to Assistant U S Attorney
  YELLOW to Counsel
  PINK to U.S. Marshal
  GOLD to Pretrial Services