

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6122-CR-Zloch

UNITED STATES OF AMERICA

vs

John Kudron                                    ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on 6-13-00, where the Defendant was arraigned and plea of NOT GUILTY was entered. Defendant and x̶x̶x̶x̶x̶x̶ appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:             Address: _____SEE BOND_____

                       Telephone: _____

DEFENSE COUNSEL:       Name: _____Bob Amsel_____

                       Address: _____

                       Telephone: _____

BOND SET/C̶O̶N̶T̶INUED:   $_____100,000 PSB_____

Bond hearing held: yes __X__ no ____ Bond hearing set for _____

Dated this __13__ day of _____June_____, 20_00_.

                                       CLARENCE MADDOX
                                       COURT ADMINISTRATOR/CLERK

                                       By: _____
                                                Deputy Clerk

                                       Tape No. ___00-048___

cc: Clerk for Judge
    U. S. Attorney

4