| | | | |
|---|---|---|---|
| DEFT: | John Kudron (surrender) | CASE NO: | 00-6122-CR-Zloch |
| AUSA: | Jeff Kaplan present | ATTNY: | Bob Amsel present |
| AGENT: | | VIOL: | |
| PROCEEDING: | Initial Appearance | BOND REC: | 100,000 PSB |

BOND HEARING HELD - yes/no    COUNSEL APPOINTED:

BOND SET @ $100,000.00  PSB

FILED by D.C.
JUN 1 3 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CO-SIGNATURES: wife will sign in Atlanta, Ga. by 6-16-00

SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed, in Atlanta ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms: sur. gun by Friday
10) Curfew:
11) Travel extended to: Florida + Georgia
12) Halfway House
   Electronic Monitoring
reside at current address, no illegal drugs or excessive alcohol

- waiver of indictment signed.
- plea negotiations

Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order Requested?

Status Conference not set
wife will sign CO—

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | | | |
| PTD/BOND HEARING: | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | N/A | | |
| STATUS CONFERENCE: | | | |

DATE: 6-13-00    TIME: 11:00am   TAPE # 00-048  PG # 1710

8