UNITED STATES DISTRICT COURT
Southern District of Florida

JUN 1 4 2000

U.S. Marshal # 5 15

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| Plaintiff | ) | Case Number: CR |
| | ) | REPORT COMMENCING CRIMINAL |
| -vs- | ) | ACTION |
| JOHN KUDRON | ) | |
| Defendant | ) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO: Clerk's Office   MIAMI / FT. LAUDERDALE / W. PALM BEACH
    U.S. District Court       (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

All items are to be completed. Information not applicable or
unknown will be indicated "N/A". SELF SURR

(1) Date and Time of Arrest: 6-13-00  am/pm

(2) Language Spoken: ENGLISH

(3) Offense(s) Charged: FRAUD BANK

(4) U.S. Citizen [X] Yes  [ ] No  [ ] Unknown

(5) Date of Birth: 5-4-63

(6) Type of Charging Document: (check one)
    [ ] Indictment  [ ] Complaint  To be filed/Already filed
    Case #: _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: _____

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ]YES  [ ]NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: _____

(8) Date: _____  (9) Arresting Officer: _____

(10) Agency: _____  (11) Phone: _____

(12) Comments: _____