UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6122-CR-ZLOCH

UNITED STATES OF AMERICA, )
)
    Plaintiff, )
)
vs. )
)
JOHN "JACK" KUDRON, )
)
    Defendant. )
_____)

## NOTICE OF PERMANENT APPEARANCE
## FOR TRIAL ONLY

**NOTICE IS HEREBY GIVEN** that ROBERT G. AMSEL, ESQUIRE of the law firm of Robbins, Tunkey, Ross, Amsel, Raben & Waxman, P.A. enter permanent appearance as counsel for Defendant, JOHN "JACK" KUDRON, in this cause for all proceedings in the Southern District of Florida. This notice does not cover any proceedings in the Eleventh Circuit Court of Appeals or in any other collateral proceedings. The Clerk of this Court is requested to send copies of all court notices pertaining to this cause to the undersigned.

Respectfully submitted,

**ROBBINS, TUNKEY, ROSS, AMSEL,
RABEN & WAXMAN, P.A.**
2250 S.W. Third Avenue
Miami, Florida 33129
(305) 858-9550

BY: _____
ROBERT G. AMSEL
FLORIDA BAR #349690

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the above and foregoing was furnished this

_15th_ day of June, 2000 to the United States Attorney's Office, 500 East Broward Boulevard,

Ft. Lauderdale, FL 33394.

            **ROBBINS, TUNKEY, ROSS, AMSEL,**
            **RABEN & WAXMAN, P.A.**
            Attorneys at Law
            2250 S.W. Third Avenue
            Miami, Florida 33129
            (305) 858-9550

            BY: _____
                  ROBERT G. AMSEL