UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6122-CR-ZLOCH

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) |
| JOHN "JACK" KUDRON, | ) |
| Defendant. | ) |



## UNOPPOSED MOTION FOR LEAVE TO TRAVEL

Defendant, JOHN "JACK" KUDRON, by and through undersigned counsel and files this Unopposed Motion for Leave to Travel and in support thereof states:

1. One of the conditions of the Defendant's release is that his travel be restricted to the States of Florida and Georgia.

2. It is Defendant's desire to join his family on a family vacation beginning June 28th through July 9th in Rhode Island and Massachusetts.

3. Undersigned counsel has conferred with Assistant United States Attorney Jeff Kaplan who has no objection to the granting of this motion.

WHEREFORE, based upon the above and foregoing the Defendant respectfully

requests that the Court grant the instant motion.

Respectfully submitted,

**ROBBINS, TUNKEY, ROSS, AMSEL,
RABEN & WAXMAN, P.A.**
2250 S.W. Third Avenue - 4th Floor
Miami, Florida 33129
(305) 858-9550

BY: _____
ROBERT G. AMSEL
FLORIDA BAR #349690

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the above and foregoing was furnished this

____ day of June, 2000 to the United States Attorney's Office, 500 East Broward Boulevard,

Ft. Lauderdale, FL 33394; ATTN: Jeff Kaplan, Asst. U.S. Attorney.

**ROBBINS, TUNKEY, ROSS, AMSEL,
RABEN & WAXMAN, P.A.**

BY: _____
ROBERT G. AMSEL