UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6122-CR-ZLOCH

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| JOHN "JACK" KUDRON, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER PERMITTING TRAVEL

THIS CAUSE having come on to be heard upon the Defendant's Unopposed Motion for Leave to Travel and the court being fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Defendant may travel out of state to Rhode Island and Massachusetts between June 28, 2000 and July 9, 2000. All other conditions of Defendant's release shall remain in effect.

DONE AND ORDERED in Ft. Lauderdale, Florida this 19th day of June, 2000.

BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Robert G. Amsel, Esq.
Jeff Kaplan, Asst. U.S. Atty.