UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6122-CR-ZLOCH

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) |
| JOHN "JACK" KUDRON, | ) |
| Defendant. | ) |



## UNOPPOSED MOTION TO EXTEND TRAVEL

The Defendant, JOHN "JACK" KUDRON, through undersigned counsel, files this Unopposed Motion to Extend Travel and in support thereof states:

1. On June 19, 2000, this court entered an order permitting the Defendant to travel to Rhode Island and Massachusetts between June 28th and July 9th, 2000. It is the Defendant's desire to extend his travel time to July 16, 2000.

2. Undersigned counsel conferred with Assistant United States Attorney Jeff Kaplan who advised that the Government has no objections to the granting of the instant motion.



**WHEREFORE**, based upon the above and foregoing, the Defendant respectfully requests this Court to grant the instant motion.

Respectfully submitted,

ROBBINS, TUNKEY, ROSS, AMSEL,
RABEN, WAXMAN & EIGLARSH, P.A.
Attorneys at Law
2250 S.W. Third Avenue - 4th Floor
Miami, Florida 33129
(305) 858-9550

BY: _____
ROBERT G. AMSEL
FLORIDA BAR #349690

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the above and foregoing was furnished this 7th day of July, 2000 to Jeff Kaplan, Esq., Assistant United States Attorney, United States Attorney's Office, 500 East Broward Boulevard, Fort Lauderdale, Florida 33394.

ROBBINS, TUNKEY, ROSS, AMSEL,
RABEN, WAXMAN & EIGLARSH, P.A.
Attorneys at Law
2250 S.W. Third Avenue - 4th Floor
Miami, Florida 33129
(305) 858-9550

BY: _____
ROBERT G. AMSEL
FLORIDA BAR #349690