UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6122-CR-ZLOCH

UNITED STATES OF AMERICA,   )
                            )
        Plaintiff,          )
                            )
vs.                         )
                            )
JOHN "JACK" KUDRON,         )
                            )
        Defendant.          )
_____)

## ORDER EXTENDING TRAVEL TIME

**THIS CAUSE** having come on to be heard upon the Defendant's Unopposed Motion to Extend Travel and the court being fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that the Defendant may continue to travel out of state in Rhode Island and Massachusetts up to and including July 17, 2000. All other conditions of the Defendant's release shall remain in effect.

**DONE AND ORDERED** at Fort Lauderdale, Broward County, Florida this 10th day of July, 2000.

HONORABLE BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Robert G. Amsel, Esq.
Jeff Kaplan, Esq., AUSA