UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6122-CR-ZLOCH

FILED by _____ D.C.
JUL 2 0 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) |
| JOHN "JACK" KUDRON, | ) |
| Defendant. | ) |

## UNOPPOSED MOTION FOR LEAVE TO TRAVEL

The Defendant, JOHN "JACK" KUDRON, through undersigned counsel, files this Unopposed Motion for Leave to Travel and in support thereof states:

1. The Defendant desires to travel to Newport, Rhode Island and Worster, Massachusetts between August 3rd and August 14, 2000.

2. The Defendant has previously received permission from this court to travel and has done so without incident.

3. Undersigned counsel has conferred with Assistant United States Attorney Jeffrey Kaplan who advises that the Government has no objections to the granting of the instant motion.

**WHEREFORE**, based upon the above and foregoing, the Defendant respectfully requests this court to grant the instant motion.

Respectfully submitted,

ROBBINS, TUNKEY, ROSS, AMSEL,
RABEN, WAXMAN & EIGLARSH, P.A.
Attorneys at Law
2250 S.W. Third Avenue - 4th Floor
Miami, Florida 33129
(305) 858-9550

BY: _____
ROBERT G. AMSEL
FLORIDA BAR #349690

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the above and foregoing was furnished this 18th day of July, 2000 to Jeffrey Kaplan, Esq., Assistant United States Attorney, United States Attorney's Office, 500 East Broward Boulevard, Fort Lauderdale, Florida 33394 and Pre-Trial Services, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

ROBBINS, TUNKEY, ROSS, AMSEL,
RABEN, WAXMAN & EIGLARSH, P.A.
Attorneys at Law
2250 S.W. Third Avenue - 4th Floor
Miami, Florida 33129
(305) 858-9550

BY: _____
ROBERT G. AMSEL
FLORIDA BAR #349690