UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6122-CR-ZLOCH

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) |
| JOHN "JACK" KUDRON, | ) |
| Defendant. | ) |

## ORDER PERMITTING TRAVEL

**THIS CAUSE** having come on to be heard upon the Defendant's Unopposed Motion for Leave to Travel and the court being fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that the Defendant may travel to New Port, Rhode Island and Worster, Massachusetts between August 3rd and August 14, 2000. All other conditions of the Defendant's bond shall remain in effect.

**DONE AND ORDERED** at Fort Lauderdale, Broward County, Florida this ____ day of _____, 2000.

HONORABLE BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Robert G. Amsel, Esq.
Jeffrey Kaplan, Esq., AUSA
Pre-Trial Services