UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by _____ D.C.
AUG 1 8 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER 00-6122-CR-Zloch   DATE 8-18-00
CLERK Cushing Newsby   REPORTER Carl Schanzlel
PROBATION _____   INTERPRETER _____

UNITED STATES OF AMERICA v. John Kudson

U. S. ATTORNEY Jeff Kaplan   DEFT COUNSEL Robert Amsel

DEFENDANT: (PRESENT)   NOT PRESENT   (ON BOND)   IN CUSTODY

REASON FOR HEARING Change of Plea to one count Information

RESULT OF HEARING Deft entered plea of guilty to Count 1

JUDGMENT Court accepted plea & adjudged deft guilty to the one count Information

CASE CONTINUED TO 11-6-00   TIME 9:30   FOR Sentencing

MISC Written Plea Agreement

21