UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6122-CR-ZLOCH

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) |
| JOHN "JACK" KUDRON, | ) |
| Defendant. | ) |

## OBJECTIONS TO PRE-SENTENCE INVESTIGATION REPORT

The Defendant, JOHN "JACK" KUDRON, through undersigned counsel, files his Objections to Pre-Sentence Investigation ("PSI") Report and in support thereof states:

1. Paragraph 18 of the PSI report indicates, in the middle of the paragraph, that "in 1994, Roseman and Kudron hired individuals to find buyers and to monitor the properties." The paragraph goes on to note that Marc Gordein and James Lowe were "hired." This is not really accurate. Marc Gordein and James Lowe met with Roseman and Kudron and decided to work together with them in their illegal activities. The paragraph should read that Roseman and Kudron were joined by Marc Gordein and James Lowe in finding buyers and monitoring properties.

2. The Defendant objects to denial of points for acceptance of responsibility in paragraph 44. The Defendant admitted to the probation officer on August 18, 2000 that he used marijuana while on bond on July 21, 2000, prior to entering his plea. The only



reference in the guidelines to the effect of a defendant's drug usage on his acceptance of responsibility is found in §3C1.1, application note 5(e), indicating that "lying to a probation or pre-trial officer about the defendant's drug use while on pre-trial release" may be a factor in determining whether to reduce the defendant's sentence under §3E1.1 (acceptance of responsibility). In the instant case, the Defendant did not lie to his probation officer about drug use. On the contrary, Mr. Kudron volunteered to the probation officer that he had used marijuana while on bond. Moreover, since this admission, Mr. Kudron has been repeatedly drug tested by Pre-Trial Services, has been attending weekly counseling for substance abuse and attending narcotics anonymous. Several courts have held that the Defendant's pre-trial or pre-sentence efforts at drug treatment can support a finding of acceptance of responsibility. *See e.g.*, ***United States v. Williams***, 948 F.2d 706, 710 (11th Cir. 1991); ***United States v. Sklar***, 920 F.2d 107, 115-17 (1st Cir. 1990); ***United States v. Van Dyke***, 895 F.2d 984, 986-87 (4th Cir. 1989). Additionally, application note 1(g) of §3E1.1 provides that counseling or drug treatment is a consideration in determining whether the defendant has accepted responsibility.

3. It is respectfully submitted that a combination of the Defendant's candid acceptance of responsibility statement contained in paragraph 33, his continuing cooperation with the Government as well as his efforts in obtaining drug counseling and treatment, all outweigh the Defendant's admission to his probation officer that he had used marijuana.

ROBBINS, TUNKEY, ROSS, AMSEL, RABEN, WAXMAN & EIGLARSH, P.A., ATTORNEYS AT LAW
LAWYERS PLAZA, FOURTH FLOOR , 2250 SOUTHWEST THIRD AVENUE, MIAMI, FLORIDA 33129-2095
DADE CO. (305) 858-9550 • BROWARD CO. (954) 522-6244 • WATS (800) 226-9550 • FACSIMILE (305) 858-7491

Consequently, Mr. Kudron respectfully requests that he receive a three point downward departure for his timely acceptance of responsibility.

4. The Defendant would request that the last sentence of paragraph 61 be deleted as Mr. Kudron has been attending substance abuse counseling and narcotics anonymous. As soon as undersigned counsel receives documentation to verify the counseling and attendance at narcotics anonymous meetings, he will provide them to the probation office and the court.

**WHEREFORE**, based upon the above and foregoing, the Defendant respectfully requests this court sustain the Defendant's objections and order the probation office to change the Pre-Sentence Investigation report accordingly.

    Respectfully submitted,

    ROBBINS, TUNKEY, ROSS, AMSEL,
    RABEN, WAXMAN & EIGLARSH, P.A.
    Attorneys at Law
    2250 S.W. Third Avenue, 4th Floor
    Miami, Florida 33129
    Telephone: (305) 858-9550

    BY: _____
    For: ROBERT G. AMSEL
    FLORIDA BAR #349690

3

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true copy of the above and foregoing was furnished this __18__ day of October, 2000 to Jeffrey Kaplan, Esq., Assistant United States Attorney, United States Attorney's Office, 500 East Broward Boulevard, Fort Lauderdale, Florida 33394 and James R. Peirce, U.S. Probation Office, 501 South Flagler Drive, Suite 400, West Palm Beach, Florida 33401-5912.

> ROBBINS, TUNKEY, ROSS, AMSEL,
> RABEN, WAXMAN & EIGLARSH, P.A.
> Attorneys at Law
> 2250 S.W. Third Avenue, 4th Floor
> Miami, Florida 33129
> Telephone: (305) 858-9550
>
> BY: _____
> ROBERT G. AMSEL
> FLORIDA BAR #349690

4