-cr-06122-WJZ Document 24 Entered on FLSD Docket 11/07/2000 P

FILED by _____ D.C.
NOV 0 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER 00-6122-CR-Z/och   DATE 10-6-00
CLERK Carline Needy   REPORTER Carl Schanzler
PROBATION Creargann Stanley INTERPRETER

UNITED STATES OF AMERICA V. John "Jack" Kudron

U. S. ATTORNEY Jeffrey Kaplan  DEFT COUNSEL Robert Amsel

DEFENDANT: (PRESENT)   NOT PRESENT   (ON BOND)   IN CUSTODY

REASON FOR HEARING Sentencing

RESULT OF HEARING Ct 1 — 60 months custody of BOP — 3 yrs supervised release $100 assessment — Restitution hrg to be set within 90 days —

JUDGMENT Spec Cands — Provide financial disclosure; Not incur further debt without prior written permission from Probation — Obtain prior

CASE CONTINUED TO _____ TIME _____ FOR _____
written approval before any self-employment
MISC Participate in Drug/Alcohol abuse Program — Execution of Sentence deferred until 6 Noon Jan 12, 2001 — Ct Recommends a facility in Florida capable of treating substance abuse problem — Ct Recommends FSL/M —

24