

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO: 00-6122-CR-ZLOCH**

**UNITED STATES OF AMERICA**

     **V.**         **NOTICE**

**JOHN KUDRON**

<u>**TYPE OF CASE**</u>     **CRIMINAL**

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:**

| **PLACE** | **COURTROOM A** |
|---|---|
| 299 E. BROWARD BLVD. | **DATE & TIME:** |
| FT. LAUDERDALE, Fl, 33301 | December 15, 2001, at 10:00 AM |

**RESTITUTION HEARING**

                                      CLARENCE MADDOX
                                      CLERK OF COURT

                                      BY DEPUTY CLERK

DATE: November 7, 2000

cc:
Jeffrey Kaplan, Esq., AUSA
Robert Amsel, Esq.