UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO:  00-6122-CR-ZLOCH

FILED by ___ D.C.
NOV 0 8 2000
CLARENCE MADDOX
CLERK U.S. DIST CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

V.

AMENDED
NOTICE

JOHN KUDRON

| TYPE OF CASE | CRIMINAL |
|---|---|

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

**PLACE**
299 E. BROWARD BLVD.
FT. LAUDERDALE, Fl, 33301

**COURTROOM A**
**DATE & TIME:**
December 15, 2000, at 10:00 AM

**RESTITUTION HEARING**

CLARENCE MADDOX
CLERK OF COURT

_____
BY DEPUTY CLERK

DATE: November 7, 2000

cc:
Jeffrey Kaplan, Esq., AUSA
Robert Amsel, Esq.
Probation