UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**THE UNITED STATES OF AMERICA,** )
) CASE NUMBER
PLAINTIFF, ) 00-6122-CR-ZLOCH
)
VS. )
)
**JOHN JACK KUDRON,** ) THIS VOLUME:
) PAGES 1 - 14
DEFENDANT. )
_____)

TRANSCRIPT OF SENTENCING HAD BEFORE THE HONORABLE

WILLIAM J. ZLOCH, IN FORT LAUDERDALE, BROWARD COUNTY,

FLORIDA, ON MONDAY, NOVEMBER 6, 2000, IN THE ABOVE-STYLED

MATTER.

APPEARANCES:

FOR THE GOVERNMENT: JEFFREY KAPLAN, A.U.S.A.

FOR THE DEFENDANT: ROBERT AMSEL, ESQ.

CARL SCHANZLEH
OFFICIAL COURT REPORTER
U. S. COURTHOUSE
299 E. BROWARD BLVD., 202B
FORT LAUDERDALE, FLORIDA 33301
954 769-5488

