UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6122-CR-ZLOCH

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| JOHN "JACK" KUDRON, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

## UNOPPOSED MOTION TO EXTEND SURRENDER DATE

The Defendant, JOHN "JACK" KUDRON, through undersigned counsel, files this Unopposed Motion to Extend Surrender Date and in support thereof states:

1. The Defendant was sentenced by this court to prison time and ordered to self-surrender to the Bureau of Prisons on or before January 12, 2001.

2. The Defendant has been cooperating with the Government and it is anticipated that the Defendant will be called as a Government witness against co-defendant Roseman in another division. Co-defendant Roseman's trial is currently scheduled to be heard during the trial period beginning January 15, 2001.

3. It is the desire of the Defendant and the Government, through Assistant United States Attorney Jeffrey Kaplan, that the Defendant remain at liberty at least until the conclusion of co-defendant Roseman's case. Both the Defendant and the Government,

therefore, respectfully requests that this court enter an order extending the Defendant's surrender date for sixty (60) days.

4. Undersigned counsel has conferred with Assistant United States Attorney Jeffrey Kaplan who joins in the instant request.

**WHEREFORE**, based upon the above and foregoing, the Defendant respectfully requests this Court to grant the instant motion.

Respectfully submitted,

ROBBINS, TUNKEY, ROSS, AMSEL,
RABEN, WAXMAN & EIGLARSH, P.A.
Attorneys at Law
2250 S.W. Third Avenue, 4th Floor
Miami, Florida 33129
(305) 858-9550

BY: _____
ROBERT G. AMSEL
FLORIDA BAR #349690

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the above and foregoing was furnished this 6th day of December, 2000 to Jeffrey Kaplan, Esq., Assistant United States Attorney, United States Attorney's Office, 500 East Broward Boulevard, Fort Lauderdale, Florida 33394.

ROBBINS, TUNKEY, ROSS, AMSEL,
RABEN, WAXMAN & EIGLARSH, P.A.
Attorneys at Law
2250 S.W. Third Avenue, 4th Floor
Miami, Florida 33129
(305) 858-9550

BY: _____
ROBERT G. AMSEL
FLORIDA BAR #349690

3