UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6122-CR-ZLOCH

FILED by _____ D.C.

DEC 1 4 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

    Plaintiff

        v.

JOHN KUDRON

    Defendant

O R D E R

THIS MATTER is before the Court upon Unopposed Motion To Extend Surrender Date (filed December 7, 2000). The Court having reviewed the Court file and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the aforementioned motion is hereby GRANTED. The defendant is to surrender to the facility designated by the Bureau of Prisons by noon, February 23, 2001.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ___14th___ day of December, 2000.

                                        WILLIAM J. ZLOCH
                                        Chief United States District Judge

cc:
Jeffrey Kaplan, Esq., AUSA
Robert Amsel, Esq.
Probation
Marshal