JNK:sr

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 00-6122-CR-ZLOCH

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| PLAINTIFF, | : |
| v. | : |
| JOHN "Jack" KUDRON, | : |
| DEFENDANT. | : |

### STIPULATION REGARDING
### AMOUNT OF RESTITUTION

The United States of America and John "Jack" Kudron hereby stipulate and agree that the amount of the restitution due and owing by the defendant in the above-referenced case is $3,049,686.89, which is set forth in the attached list and due to the following entities:

| | |
|---|---|
| Fannie Mae<br>950 E. Paces Ferry Rd.<br>Suite 1900<br>Atlanta, GA   30326 | 396,428.99 |
| First Bankers Mortgage Svcs.<br>1700 N.W. 64th St., Suite 100<br>Ft. Lauderdale, Fl 33309 | 188,434.11 |
| Freddie Mac<br>8200 Jones Branch Drive<br>McLean, VA   22102 | 114,158.50 |
| PMI Mortgage Insurance Co.<br>601 Montgomery St.<br>San Francisco, CA   94111 | 123,400.44 |

| | |
|---|---|
| HUD<br>909 S.E. 1st Avenue<br>Miami, Fl 33131 | 676,446.63 |
| Radian Guaranty<br>400 Market St.<br>Philadelphia, PA 19106 | 50,611.30 |
| GE Capital Mortgage Ins. Co.<br>6601 Six Forks Road<br>Raleigh, N.C. 27615 | 111,963.64 |
| United Guaranty Residential Ins. Co.<br>230 N. Elm Street<br>PO Box 21367<br>Greensboro, N.C. 27420 | 141,483.86 |
| Mortgage Guaranty Ins. Corp.<br>MGIC Plaza<br>PO Box 488<br>Milwaukee, Wisc. 53201 | 177,214.63 |
| Republic Mortgage Ins. Co.<br>PO Box 2514<br>Winston-Salem, N.C. 27102 | 207,541.10 |
| SunTrust Bank<br>400 Market Street<br>Philadelphia, PA 19106 | 733,043.00 |
| CMAC a/k/a Radian<br>501 E. Las Olas Blvd. 4th Flr<br>Ft. Lauderdale, Fl 33301<br>Attn: Ray Myers/Area Security Mgr | <u>128,960.69</u> |
| TOTAL | $3,049,686.89 |

The liability for restitution should be joint and several with the defendant's co-conspirator.

                Respectfully submitted,

                GUY A. LEWIS
                UNITED STATES ATTORNEY

By: _____
                JEFFREY N. KAPLAN
                ASSISTANT U.S. ATTORNEY
                COURT NO. A005500030
                500 E. Broward Blvd., 7th Flr
                Ft. Lauderdale, Fl 33394
                (954) 356-7255/(954) 356-7336

By: _____
                ROBERT AMSEL, ESQUIRE
                ATTORNEY FOR DEFENDANT

                JACK KUDRON
                DEFENDANT