JNK:sr

FILED BY ___ *OY* ___

2001 FEB 13 PM 3: 16

CLERK U.S. DIST. CT.
S.D. OF FLA-FTL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6122-CR-ZLOCH

UNITED STATES OF AMERICA, :

         PLAINTIFF, :

v. :

JOHN "JACK" KUDRON :

         DEFENDANT. :

## GOVERNMENT'S MOTION FOR REDUCTION OF SENTENCE UNDER RULE 35(b) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE

The United States of America, by and through its undersigned Assistant United States Attorney, hereby requests the court for reduction in the sentence of the defendant under Rule 35(b) of the Federal Rules of Criminal Procedure and states as follows:

1. On May 12, 2000, the defendant was charged in a one-count information with conspiracy to commit bank fraud, to defraud HUD, to commit loan application fraud, wire and mail fraud, and to commit money laundering, all in violation of 18 U.S.C. §371. On August 18, 2000, the defendant pled guilty to the one count information. The PSI reflected a guideline range that exceeded the statutory maximum of 60 months. On November 6, 2000, the defendant was sentenced to 60 months imprisonment and three years supervised release. On December 18, 2000, the defendant was ordered to pay restitution totaling $3,049,686.89.

2. The defendant has provided substantial assistance in the investigation or prosecution of other persons who have committed an offense. The defendant assisted the

33

government in the prosecution of US v. Mark Roseman, 00-6117-Cr-Huck. The defendant was Roseman's partner in a mortgage fraud scheme. The defendant agreed to testify against Roseman at trial. On January 24, 2001, Roseman pled guilty. The defendant's assistance will be further detailed at a hearing on this matter.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: JEFFREY N. KAPLAN
Court No. A5500030
500 E. Broward Blvd., 7th flr
Ft. Lauderdale, Fl 33394
(954) 356-7255
(954) 356-7336

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this 12th day of February, 2001, to Robert Amsel, Esq., Robbins, Tunkey, Ross, Amsel, et al., 2250 Southwest Third Avenue, Fourth Floor, Miami, Fla. 33129.

JEFFREY N. KAPLAN
ASSISTANT U.S. ATTORNEY