**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO: 00-6122-CR-ZLOCH**

FILED by _____ D.C.
FEB 13 2001
CLARENCE MADDOX
CLERK U.S. DIST CT.
S.D. OF FLA. FT. LAUD.

**UNITED STATES OF AMERICA**

       **V.**                              **NOTICE**

**JOHN KUDRON**

**TYPE OF CASE**                **CRIMINAL**

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:**

**PLACE**                                  **COURTROOM A**
**299 E. BROWARD BLVD.**           **DATE & TIME:**
**FT. LAUDERDALE, Fl, 33301**     **February 20, 2001, at 10:15 AM**

**RULE 35 MOTION**

                                              CLARENCE MADDOX
                                              CLERK OF COURT

                                              BY DEPUTY CLERK

DATE: February 13, 2001

cc:
Jeffrey Kaplan, Esq., AUSA
Robert Amsel, Esq.
Probation

34