FILED by _____ D.C.
FEB 2 0 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER 00-6122-CR-Zloch   DATE 1-20-01
CLERK Carlre Newby   REPORTER Carl Schenzler
PROBATION Kathryn Gomez   INTERPRETER

UNITED STATES OF AMERICA v. John Kudron

U.S. ATTORNEY Jeff Kaplan   DEFT COUNSEL Robert Amsel

DEFENDANT: ✓ PRESENT   ___ NOT PRESENT   ✓ ON BOND   ___ IN CUSTODY

REASON FOR HEARING  Rule 35 Mtn

RESULT OF HEARING  Deny Mtn for continuance
granted. Surrender date to be
extended -

JUDGMENT

CASE CONTINUED TO _____ TIME _____ FOR _____

MISC _____

35