UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6122-CR-ZLOCH

FILED by _____ D.C.

FEB 2 1 2001

S.D. OF FLA. FT. LAUD

UNITED STATES OF AMERICA

   Plaintiff

   V.

JOHN KUDRON                                    O R D E R

   Defendant
_____

THIS MATTER is before the Court upon the ore tenus Motion to Continue Rule 35 Hearing and To Extend Surrender Date. The Court having reviewed the Court file and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the aforementioned motion is hereby GRANTED. Hearing on the Rule 35 Motion will be heard on March 5, 2001 at 9:30 AM, Courtroom A, 299 East Broward Boulevard, Fort Lauderdale, Florida.

IT IS FURTHER ORDERED AND ADJUDGED that the defendant is to surrender himself by noon, March 9, 2001 to the facility designated by the Bureau of Prisons.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ___21st___ day of February, 2001

_____
WILLIAM J. ZLOCH
Chief United States District Judge

cc:
Jeffrey Kaplan, Esq., AUSA
Robert Amsel, Esq.
Pretrial Services
Probation
Marshal