FILED by _____ D.C.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

MAR 0 5 2001

CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER 00-6122-CR-Zloch   DATE 3-5-01

CLERK Carine Newby   REPORTER Carl Schanzleh

PROBATION Georgann Stanley   INTERPRETER _____

UNITED STATES OF AMERICA v. John Kobzon

U. S. ATTORNEY Jeffrey Kaplan   DEFT COUNSEL Robert Amsel

DEFENDANT: (PRESENT)   NOT PRESENT   (ON BOND)   IN CUSTODY

REASON FOR HEARING DE 33 - Rule 35 Motion

RESULT OF HEARING Govt's Rule 35 Motion (DE 33) Granted - Sentence Reduced to 39 months custody of BOP - 3 yrs supervised Release - all previous conditions pending JUDGMENT imposed are Reimposed - Restitution Reimposed — Execution of Sentence deferred Noon - March 30

CASE CONTINUED TO _____ TIME _____ FOR _____

MISC _____

37