## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE N 00-6122-CR-ZLOCH

UNITED STATES OF AMERICA,

Plaintiff

v.

JOHN "JACK" KUDRON,

Defendant.
_____/

**NIGHT BOX FILED**

MAR - 5 2001

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

### CONSENT TO FORFEITURE

The defendant John "Jack" Kudron hereby knowingly and voluntarily agrees to forfeit to the United States of America, all of his rights, title and interest in the properties described below in paragraph three.

1. Defendant John "Jack" Kudron agrees that the properties described in paragraph three constitute property involved or derived from a violation of 18 U.S.C §§371, 1344, 1343, and 1956 and as such are forfeited to the United States pursuant to 18 U.S.C. §982 and the terms of the Plea Agreement entered between defendant John "Jack" Kudron and the United States in this case on August 18, 2001.

2. Defendant agrees not to contest the government's forfeiture actions, judicial or administrative, regarding the properties described in paragraph three herein.

3. Defendant agrees to turnover to the United States and consent to forfeiture the following properties:

1



a. A piece of real property or parcel of land located at 2615 Haversack Court, Marietta, Georgia, a/k/a all that tract or parcel of land lying and being in Land Lot 558 of the 19th District, 2nd Section, Cobb County, Georgia, being Lot 94, Cumberland Ridge, Unit VI, as per plat recorded in Plat Book 137, Page 76, Cobb County Records, which plat is incorporated herein by reference and made a part hereof, together with all fixtures and personal property attached to and constituting a part of said property, if any, and being improved property known as 2615 Haversack Court, Marietta, Georgia 30060, according to the present system of numbering houses in Cobb County, Georgia.

b. A piece of real property or parcel of land located at 1737 Brookstone Lane, Acworth, Georgia, a/k/a all that tract or parcel of land lying and being in Land Lot 226 of the 20th District, 2nd Section, Cobb County, Georgia, being Lot 24, Block D, BROOKSTONE, P.D.I., Unit I, Phase II, as per plat of survey recorded in Plat Book 115, Page 81, Cobb County Records, which plat is incorporated herein and made a part hereof by reference.

c. A piece of real property or parcel of land located at 1730 Cahoon Street, S.W., Atlanta, Georgia, a/k/a all that tract or parcel of land lying and being in Land Lot 104, 14th District, Fulton County, Georgia, being Lot 10, Block 25, Perkerson Park, Unit Three, as per plat recorded in Plat Book 42, Page 14, Fulton County Records, and being more particularly shown on survey prepared by Solar Land Surveying Company, dated October 17, 1979.

d. A piece of real property or parcel of land located at 2542 White Oak Drive, Decatur, Georgia, a/k/a all that tract or parcel or land lying in Land Lot 183, 15th District, Dekalb County, Georgia, being Lot 28 and part of Lot 29, Block D, White Oak Subdivision, as per plat recorded in Plat Book 11, Page 51, Dekalb County, Georgia, Records, which plat is incorporated herein and made a part hereof by reference being more particularly described as follows:

Beginning at an iron pin on the north side of White Oak Drive 300 feet west of the northwest corner of White Oak Drive and White Oak Way (formerly Hickory Street) said iron pin also being at the southwest corner of Lot 27; thence proceeding west along the North side of White Oak Drive 80 feet to an iron pin; thence proceeding north 300 feet; thence proceeding east 80 feet to an iron pin at the northwest corner of Lot 27; thence proceeding south along the west line of Lot 27, 300 feet to the north side of White Oak Drive and the point of beginning. Said property being known as No 2542 White Oak Drive and described according to survey of property of William E. Jones by Roy E. Housworth, Jr., August 15, 1965.

2

e.  All that tract or parcel of land lying and being in Land Lot 259 of the 18th District, 2nd Section of Cobb County, Georgia, being Lot 56, Creelwood Subdivision Unit 5, as per plat recorded in Plat Book 45, Page 99, Cobb County Records, which plat is hereby referred to and made a part of this description, being property known as 2023 Woodbine Circle, according to the present system of numbering houses in said county, this tract of land is owned in joint tenancy with survivorship.

f.  A piece of real property or parcel of land located at 2152 Mt. Vernon Road, a/k/a all that tract or parcel of land lying and being in Land Lot 957 of the 18th District and 2nd Section of Douglas County, Georgia, and being more particularly described as follows:

Beginning at a point located on the southeasterly right of way line of Mount Vernon Road, 180 feet southwesterly as measured along the southeasterly right of way line of said road from its intersection with the north line of Land Lot 957; thence running southwesterly along the southeasterly right of way line of Mount Vernon Road 120 feet to a point; thence running south 40 degrees 18 minutes 21 seconds east along the northeast side of property now owned by Ethel Mae Wallace 243.15 feet to a point; thence running north 35 degrees 35 minutes 29 seconds east 123.00 feet to a point located at the southern most corner of property now owned by Chhorn and Eng Tap; thence running north 40 degrees 18 minutes 21 seconds west along said tap property 213 feet to a point of beginning.

g.  A piece of real property or parcel of land located at 411 Dorsey Road, Hapeville, Georgia, a/k/a all that tract or parcel of land lying and being in Land Lot 94, 14th District, Fulton County, Georgia, being Lots 6 and 7 and part of Lot 5, Block 26, Forrest Hill Park Subdivision, as per plat recorded in Plat Book 7, Page 58, Fulton County Records, and being more particularly described as follows:

Beginning at a point on the north side of Dorsey Road, three hundred two (302) feet west of the intersection of the north side of Dorsey Road with the West side of Forest Hill Drive (formerly Wallace Road); (said beginning point also being at the southwest corner of Lot 8 of said subdivision), and running thence west along the north side of Dorsey Road, seventy (70) feet to a point; running thence North one hundred twenty-five (125) feet to Lot 34; running thence east along the south side of Lots 34, 33, and 32, seventy (70) feet to Lot 8; running thence south along the west side of Lot 8, one hundred twenty-five (125) feet to the north side of Dorsey Road and the point of beginning; being improved property known as 411 Dorsey Road, according

3

to the present system of numbering houses in the city of Hapeville, Fulton County, Georgia.

h. A piece of real property or parcel of land located at 1000 Lanier Drive, all that tract or parcel of land lying and being in Land Lots 704 and 777 of the 19th District, 2nd Section, Cobb County, Georgia, being Lot 25, Block D, Frontier Trails Subdivision, Unit 6, as per plat recorded at Plat Book 44, page 49, Cobb County, Georgia records, which plat is incorporated herein and made a part hereof by reference for a more detailed description.

i. A piece of real property or parcel of land located at 422 SE Gartrell Street, Atlanta, Georgia.

j. A piece of real property or parcel of land located at 2796 Grand Avenue, S.W., Atlanta, Georgia.

4. Defendant agrees to waive his right to notice of any proceeding involving the properties and agrees not to file a claim in any such forfeiture proceeding.

5. The United States may, at its discretion, after evaluating fully the marketability and value of the properties, decide not to pursue forfeiture of any of the above-listed properties. In that event, the United States will promptly notify defendant's counsel.

6 Defendant hereby withdraws any claims to the properties which are being forfeited to the United States and assigns all his rights, title and interest in same to the United States of America. Furthermore, defendant agrees to execute any and all documents necessary to transfer all rights, title, and interest in the above described properties to the United States.

7. Defendant, and by these presents does for his heirs, statutory survivors, executors, administrators, personal representatives, successors and assignees, hereby release and forever discharge the United States of America, the United States Federal Bureau of Investigation, and their employees, agents or assigns from any claims arising from the disposition, transfer and forfeiture of the properties in connection with the events which form the basis of this case.

4

8.　　Defendant knowingly and voluntarily agrees to waive any and all claims or defenses that he may have under the Eighth Amendment to the United States Constitution, including any claim of excessive fine or penalty with respect to the properties.

9.　　The defendant knowingly and voluntarily waives his right to a jury/bench trial on the forfeiture of the properties.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

Date: 3/5/01

By: _____
JEFFREY N. KAPLAN
ASSISTANT U.S. ATTORNEY
500 E. Broward Blvd., Suite 700
Fort Lauderdale, Florida 33394
Tel: (954) 356-7255, ext. 3515
FAX: (954) 356-7336
Bar No. A5500030

Date: 3-5-01

By: _____
ROBERT G. AMSEL, ESQ.
ATTORNEY FOR DEFENDANT

Date: 3/3/2001

By: _____
JOHN "JACK" KUDRON
DEFENDANT

Notary Public, Cherokee County, Georgia
My Commission Expires July 20, 2003

5