

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6122-CR-ZLOCH

UNITED STATES OF AMERICA

    Plaintiff

v.                                           ORDER

JOHN KUDRON

    Defendant
_____

THIS MATTER is before the Court upon Government's Motion Pursuant To Rule 35 (DE 33). Hearing was held on the motion on March 5, 2001. Upon consideration of the government's motion, proffers, argument of counsel, and being otherwise duly advised upon the premises, it is

ORDERED AND ADJUDGED that the aforementioned motion be and the same is hereby GRANTED.

The sentence previously imposed is hereby reduced to a term of 39 months custody of the Bureau of Prisons, followed by 3 years Supervised Release. All previous conditions of supervised release are reimposed. Restitution previously imposed is hereby reimposed.

The defendant shall surrender to the facility designated by the Bureau of Prisons by noon, March 30, 2001.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of March, 2001.

WILLIAM J. ZLOCH
CHIEF UNITED STATES DISTRICT JUDGE

cc:
Jeffrey Kaplan, Esq., AUSA
Robert Amsel, Esq.
Probation
Marshal