DEFENDANT: JOHN "JACK" KUDRON
CASE NUMBER: 00-6122-CR-ZLOCH

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  60 months.

[X] The court makes the following recommendations to the Bureau of Prisons:
Eglin, Florida and a substance abuse program.

[ ] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district:
  [ ] at _____ a.m./p.m. on _____ .
  [ ] as notified by the United States Marshal.

[X] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  [X] before 2 p.m. on  noon January 12, 2001 .
  [ ] as notified by the United States Marshal.
  [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on  3-30-01  to  FPC Eglin
at  Eglin AFB, FL  with a certified copy of this judgment.

Jose M. Vazquez
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal

Warden
VS
LTC

40