PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 64229

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO.  00-6122-CR-ZLOCH

**Request for Modifying the Conditions or Term of Supervision**
**with Consent of the Offender**
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender:   **John Kudron**

Name of Sentencing Judicial Officer:  The Honorable William J. Zloch, Chief Judge U.S. District Court, Southern District of Florida, Fort Lauderdale

Date of Original Sentence:   November 6, 2000

Original Offense:   Conspiracy, in violation of Title 18 U.S.C. § 371, a Class D felony.

Original Sentence:   Sixty (60) months custody of the Bureau of Prisons followed by three (3) years supervised release; joint and several restitution in the amount of $3,049,686.89 and $100 assessment.

Type of Supervision:  Supervised Release      Date Supervision Commenced: January 24, 2001

## PETITIONING THE COURT

[ ]   To extend the term of supervision for __ years, for a total term of __ years.
[X]   To modify the conditions of supervision as follows:

   **The defendant shall pay restitution at a rate of no less than $400 plus 25% of any gross income in excess of $1,520.**

## CAUSE

   The defendant was ordered to pay restitution in the amount of $3,049,686.89. A financial investigation was conducted to determine the defendant's ability to make monthly restitution payments. Based on this information, it was determined that the defendant would be able to pay $400 per month plus any gross monthly income in excess of $1,520 to his current gross monthly income. The defendant has signed a Probation Form 49 and Waiver of Hearing.



PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 64229

THE HONORABLE WILLIAM J. ZLOCH, CHIEF JUDGE  
DECEMBER 2, 2003  
PAGE 2

**NAME OF OFFENDER: JOHN KUDRON**             **CASE NO. 00-6122-CR-ZLOCH**

     As such, it is respectfully requested that Your Honor sign the Petition for Probation Action modifying the conditions of Supervised Release as indicated.

Respectfully submitted,

by  *[signature]*

Warren Metcalf  
U.S. Probation Officer  
Phone: (954) 769-5578  
Date: December 2, 2003

## THE COURT ORDERS:

[ ]  No Action  
[ ]  The Extension of Supervision as Noted Above  
[X]  The Modification of Conditions as Noted Above  
[ ]  Submit a Request for _ Warrant or _ Summons

*[signature]*  
**Signature of Judicial Officer**

12/29/03  
**Date**