NIGHT BOX FILED
AUG 1 7 2005
CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6122-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHN KUDRON.

    Defendant.
_____/

## CONSENT AGREEMENT

The United States of America and John Kudron, hereby stipulate and agree to enter into a payment schedule to satisfy the $3,049,686.89 restitution imposed in the Judgment and Probation Commitment Order entered herein on November 6, 2000, against Defendant John Kudron, pursuant to the following terms.

1.    The defendant, John Kudron, shall pay the restitution balance of $2,908,678.44, plus any statutory interest pursuant to 18 USC 3612(f) to the United States of America at the rate of $400.00 per month, plus 25% of gross monthly income in excess of $1,520.00, beginning the first day of the month following expiration of supervision and each month thereafter until the obligation is paid in full.

2.  The Defendant, John Kudron, shall send the monthly payments by cashier's check or money order, made payable to the Clerk, U.S. District Court, Southern District of Florida and mailed to the:

>   Clerk of the Court
>   U.S. District Court
>   Southern District of Florida
>   Financial Section
>   301 North Miami Avenue, Room 150
>   Miami, Florida 33128

**The case number and defendant's name must be printed on the check.**

3.  The Defendant, John Kudron, agrees to submit an updated Financial Statement to the United States for review annually upon demand. Upon the review of the Financial Affidavit, the monthly amount may be increased or decreased accordingly or a lump sum payment may be demanded if it is determined that the defendant has the assets to pay all or a substantial portion of the restitution.

4.  The parties agree that in the event of a default in the aforesaid monthly payments which extends beyond the due date of the third regular monthly installment, the United States shall be entitled to seek collection of the entire balance of the judgment then due and owing, by attachment, garnishment, execution or any other legal remedy.

5.  The Defendant, John Kudron, shall be obligated to notify the United States Attorney's Office, Southern District of Florida, Financial Litigation Unit, 99 NE 4th Street, Suite 300, Miami, Florida 33132, of any change of address while said judgment is outstanding.

6. The parties agree that upon the complete satisfaction of the $3,049,686.89 restitution judgment entered herein, the Defendant shall be entitled to have it marked as satisfied upon the records of this Court and upon the records of any other Court in which it may be recorded.

The parties consent to the terms of the above-specified agreement.

_____
Defendant: John Kudron
Address: 5700 Brynwood Circle
Acworth, Georgia 30101
Phone: (770) 794-9890
SSN: 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

By: R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

_____
Elizabeth Ruf Stein
Assistant U.S. Attorney
Financial Litigation Unit
99 N.E. 4th Street, #313
Miami, Florida 33132-2111
Phone: (305) 961-9313
Fax: (305) 530-7195
FLA Bar No: 354945
Email: elizabeth.stein@usdoj.gov

_____
James J. Lee
Sr. U.S. Probation Officer
Address: 100 Hartsfield Center Parkway
Suite 620
Atlanta, Georgia 30354
Phone: (404) 762-4620 Ext. 234
Fax: (404) 762-4624

Dated this 27 day of July, 2005.