UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6122-CR-ZLOCH

FILED by _____ D.C.
AUG 31 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOHN KUDRON,

    Defendant.
_____/

### ORDER RATIFYING CONSENT AGREEMENT

THIS CAUSE came before the Court upon the submission by the parties of a Consent Agreement. The Court having reviewed the issues at hand and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the above-specified Consent Agreement, is hereby ratified and approved. The restitution order of $3,049,686.89, entered on November 6, 2000, shall be paid according to the agreed schedule.

DONE AND ORDERED in Chambers, at Fort Lauderdale, Florida this 31st day of AUGUST, 2005.

                                          WILLIAM J. ZLOCH
                                          UNITED STATES DISTRICT JUDGE

cc:  Elizabeth Ruf Stein, AUSA
     James J. Lee, USPO
     John Kudron, Defendant